UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**REUBEN BORNE**                                               **CIVIL ACTION**

**VERSUS**

**ANCO INSULATIONS, INC., ET AL.**                   **NO. 20-00134-BAJ-RLB**

## RULING AND ORDER

Before the Court is Plaintiff's Motion to Remand (Doc. 17), seeking an order remanding this matter to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. Plaintiff's Motion is opposed. (Doc. 29). The Magistrate Judge has issued a Report and Recommendation (Doc. 40), recommending that Plaintiff's Motion be denied. Plaintiff does not object to the Magistrate Judge's Report and Recommendation.

Having carefully considered Plaintiff's Motion and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 17) is **DENIED**.

Baton Rouge, Louisiana, this 26th day of October, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**